**E-FILED**
Monday, 28 March, 2005  11:57:53 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

```
                  HOSPITAL - URBANA, IL         ** ADMISSION/REGISTRATION FORM **

ADM/REG DT/TM:  06/22/03   22:55    ROOM/BED: 200201    MED REC NO: 1489669
EXP ARR DT/TM:  EXPIRED              NURS STA: PAR       PATIENT NO:    70525531
DISCHRG DT/TM:  06/23/03   00:26    HOSP SVC: TRA       STATUS: ID   FC: C
BED R L DT/TM:                       PT TYPE:  S
*********************************************************************************
                               PATIENT INFORMATION
PT NAME:        TAYLOR ,LLOYD
ADDRESS:        1800 BAPTIST WORLD CENTER DR

                NASHVILLE                                TN      37209-
SSN:            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      MAR STS: S             PHONE: 615 - 226-0494
BIRTHDATE:      08/13/1981       AGE:     21            SEX:  M   RACE: 2

PT EMPLOYER:    MAN OF FASHION
ADDRESS:


OCCUPATION:
                                                        PHONE: 615 - 731-6344   EXT
*********************************************************************************
                               GUARANTOR INFORMATION
GUAR NAME:      TAYLOR ,LLOYD
ADDRESS:        1800 BAPTIST WORLD CENTER DR

                NASHVILLE
PT RELATION:    1                                        TN      37209-
                                                        PHONE: 615 - 226-0494

GUAR EMPLOYER:  MAN OF FASHION
ADDRESS:




                                                        PHONE: 615 - 731-6344   EXT
*********************************************************************************
                               INSURANCE INFORMATION
INS CODE:       L00      DESC: MOTOR VEH ACC INS    COB: 1   PH#:
SUBSCRIBER:     TAYLOR ESTATE ,LLOYD                POL#: 6/22/03         GRP#:
                BJS 6-23-03
INS CODE:       N14      DESC: UNITED HLTHCARE/MISC COB: 2   PH#: 800-231-2918
SUBSCRIBER:     TAYLOR ,WILETTA                     POL#: 57288294702    GRP#: 03876
                RECOR BJS 6-23-03
   CODE:                 DESC:
                                                    COB:     PH#:
                                                    POL#:                GRP#:
*********************************************************************************
                               EMERGENCY CONTACT
PRIMARY CNTCT:  GOODWIN ,CHRASHONA
RELATION:       4
ADDRESS:        141 NEESE DR APT D30
                NASHVILLE                                TN      37211-
HOME PHONE:     615 - 831-3354      WORK PHONE:      -                   EXT

SECOND CNTCT:
RELATION:
ADDRESS:


HOME PHONE:          -              WORK PHONE:      -                   EXT
*********************************************************************************
ADM DX/CC:      LEVEL 1 MVA
ARRIVAL MODE:   O  AIR VAC
ADM/REG DR:     09067    DODSON, ROBERT          PREV ER:
ATTEND DR:      09067    DODSON, ROBERT          ADM SOURCE: EO
REFER DR:                                         ACC IND:    1    JOB REL INJ: N
                                                  RESP PARTY:
PCP DR:         44444    NO PCP/REFERRAL IDEN    PCP/REF VERIFY: N
```

**CONFIDENTIAL**

000004