```
Fri Jun 18 12:45:46 2004

    UNITED STATES DISTRICT COURT

    DAYTON, OH

Receipt No.    300 319260
Cashier        pb1

Check Number:  5556

DO Code    Div No
  4661       3

Sub Acct Type Tender      Amount
1:510000  N      2         90.00
2:086900  N      2         60.00

Total Amount        $     150.00

NC:3:04CV216:TAYLOR V. CARLE FOUNDATION
HOSPITAL (WHR)

CC JAMES GREENE;CC DKT CLK
```