**E-FILED**
Monday, 28 March, 2005  12:02:42 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| WILLETTA E. TAYLOR, ADMINIS. OF THE ESTATE OF LLOYD E. TAYLOR ) ) ) ) v. CARLE FOUNDATION HOSPITAL ET AL. ) ) ) ) ) ) | Case No.  3:04CV0216<br>Judge:  WALTER H. RICE<br>**Corporate Disclosure Statement** |

**Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.**

**In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:**

CARLE FOUNDATION HOSPITAL                                                        .

1.  **Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?**

    _____ Yes          X          No

    **If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:**

2.  **Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?** _____ Yes          X          No

    **If the answer is Yes, list the identity of such corporation and the nature of the financial interest.**

Ideather M. Louidas (0073853) for          august 12, 2004
**(Signature of Counsel)**                    **(Date)**

**"Certificate of Service"**