

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

E-FILED
Monday, 28 March, 2005 02:17:45 PM
Clerk, U.S. District Court, ILCD

Willetta E. Taylor

   Plaintiff(s)

vs

Carle Foundation Hospital et.al

   Defendant(s)

Case No. 3:04 cv 216

FILED
MAR 25 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

05-2078 CD/IL.No.

---
### NOTICE OF TRANSMITTAL
---

Pursuant to an order of this Court, dated 3/21/05 and signed by the **Honorable Judge Walter H. Rice**, United States UNITED STATES DISTRICT JUDGE, the above entitled action is transferred.

The papers enclosed herewith constitute the entire file in this case. Certified copies of the order of transfer and of the docket sheet are included.

The enclosed copy of this letter is for your convenience in acknowledging receipt of the filed papers.

          JAMES BONINI, CLERK

          By:_s/P. Butler_
          Deputy Clerk

Receipt is acknowledged of the documents described herein.

Assigned case number: 05-2078
Date: 3/28/05
Clerk, U.S. District C...

s/John M. Waters
**CLERK**

s/V. Ball
(BY) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

WILLETTA E. TAYLOR,
:
      Plaintiff,
:
    vs.                                Case No. 3:04cv216
:
CARLE FOUNDATION HOSPITAL,     JUDGE WALTER HERBERT RICE
et al.,
:
      Defendants.

---

DECISION AND ENTRY OVERRULING DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE AND LACK OF PERSONAL JURISDICTION (DOC. #6-1) AND SUSTAINING ALTERNATIVE MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS (DOC. #6-2), PURSUANT TO 28 U.S.C. § 1406(a); TERMINATION ENTRY

---

The Motion of the Defendants, seeking an Order of the Court dismissing the captioned cause for improper venue and lack of personal jurisdiction (Doc. #6-1), is overruled. The Defendants' Alternative Motion, seeking an Order of the Court transferring venue to the United States District Court for the Central District of Illinois (Doc. #6-2), is sustained and the captioned cause is ordered transferred to the United States District Court for the Central District of Illinois, pursuant to 28 U.S.C. § 1406(a).

In ruling as aforesaid, this Court makes the following, non-exclusive, observations:

1. There is no doubt, whatsoever, based upon a review of the applicable law, as more than adequately set forth in the Memorandum of the moving Defendants, that not only does this Court not constitute the appropriate venue, pursuant to 28 U.S.C. § 1391(a), but also that this Court lacks any semblance of personal jurisdiction over these Defendants, pursuant to either Ohio's long-arm statute (Ohio Revised Code § 2307.382) or the due process clause to the United States Constitution.

2. Plaintiff's suggestion that the captioned cause be consolidated, pursuant to Fed. R. Civ. P. 42(a), with a case pending on this Court's docket, *Taylor, etc. v. Schneider National Carriers, Inc., et al.* (Case No. C-3-03-360), ignores two salient points. First, one cannot consolidate with a pending case, a lawsuit over which this Court is not the proper venue nor has personal jurisdiction over the defendants, and, second, the *Schneider* case has been dismissed as settled for many months.

3. Although Defendants' challenges to venue, pursuant to Fed. R. Civ. P. 12(b)(2), and *in-personam* jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(3), are well taken, neither dismissal of this lawsuit nor transfer of the captioned cause to the United States District Court for the Central District of Illinois, pursuant to 28 U.S.C. § 1404(a), is the appropriate result.

4. Section 1404(a) is a remedy with which a Court, having both proper venue and *in-personam* jurisdiction over the Defendants, transfers a matter to a District Court where it might have been brought (i.e., where venue is appropriate and *in-personam* jurisdiction over the Defendants could be exercised), for the convenience of the parties and witnesses.

5. Section 1406(a), on the other hand, permits a transfer of a case filed in a district where venue is not proper. Moreover, said section has been interpreted by the United States Court of Appeals for the Sixth Circuit as allowing transfer even where the transferor court did not have jurisdiction over the person of the Defendant. *Taylor, et al. v. Love*, 415 Fed. 2d 1118 (6th Cir. 1969), *cert. denied*, 397 U.S. 1023 (1970); *GBJ Corp. V. Eastern Ohio Paving Company*, 139 F.3d 1080, 1084 (6th Cir. 1998) (recognizing that a matter may be transferred under 28 U.S.C. § 1406(a), because of improper venue and a lack of personal jurisdiction over the defendant).

WHEREFORE, based upon the aforesaid, the Defendants' Motion to Dismiss for Improper Venue and Lack of Personal Jurisdiction (Doc. #6-1) is overruled, and said Defendants' Alternative Motion to Transfer Venue to the United States District Court for the Central District of Illinois (Doc. #6-2) is sustained. The captioned cause is ordered transferred to the United States District Court for the Central District of Illinois, pursuant to 28 U.S.C. § 1406(a).

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

|  |  |
|---|---|
| | /s/ Walter Herbert Rice |
| March 21, 2005 | WALTER HERBERT RICE<br>UNITED STATES DISTRICT JUDGE |

Copies to:

James R. Greene, III, Esq.
Valerie L. Colbert, Esq.
Vaseem S. Hadi, Esq.

Clerk of Courts, Dayton, Ohio
Clerk of Courts, USDC, Central District of Illinois

WHR/slc

CLOSED, LC2

# U.S. District Court
## Southern District of Ohio (Dayton)
### CIVIL DOCKET FOR CASE #: 3:04-cv-00216-WHR
### Internal Use Only

Taylor v. Carle Foundation Hospital et al
Assigned to: Walter H Rice
Cause: 28:1332 Diversity-Medical Malpractice

Date Filed: 06/18/2004
Jury Demand: Both
Nature of Suit: 362 Personal Inj. Med. Malpractice
Jurisdiction: Diversity

**Plaintiff**

**Willetta E Taylor**
*Administratrix*
*on behalf of*
Lloyd E Taylor

represented by **James R Greene, III**
James R Greene III & Associates
Liberty Tower
120 W Second Street
Suite 900
Dayton, OH 45402
937-225-3991
Email: jrgatlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Valerie L Colbert**
James R Greene III & Associates
120 W Second Street
Suite 900
Dayton, OH 45402
937-225-3991
Email: jrgatlaw@aol.com
*ATTORNEY TO BE NOTICED*

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN MY OFFICE ON 3/21/05
JAMES BONINI, CLERK
BY: [signature] Deputy Clerk
DATE: 3/21/05

V.

**Defendant**

| | | |
|---|---|---|
| **Carle Foundation Hospital** | represented by | **Vaseem S Hadi**<br>Freund Freeze & Arnold - 3<br>1 S Main Street<br>Suite 1800<br>Dayton, OH 45402-2017<br>937-222-2424<br>Email: vhadi@ffalaw.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **M.D., F.A.C.S Steven H Packard** | represented by | **Vaseem S Hadi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **M.D. Robert Dodson** | represented by | **Vaseem S Hadi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2004 | | Filing fee: $ 150.00, receipt number 319260 (phil, ) (Entered: 06/21/2004) |
| 06/18/2004 | | ***Notice*** If case is to be referred, it will be MJ Ovington. (phil, ) (Entered: 06/21/2004) |
| 06/18/2004 | 1 | COMPLAINT against Carle Foundation Hospital, Robert Dodson, Steven H Packard (Filing fee $ 150.), filed by Plaintiff Willetta E Taylor, (Attachments: # 1 Exhibit A# 2 Receipt)(phil, ) (Entered: 06/21/2004) |
| 07/16/2004 | 2 | WAIVER OF SERVICE Returned Executed: Steven H Packard waiver sent on 6/22/2004, answer due 8/23/2004. (Colbert, Valerie) (Entered: 07/16/2004) |

| | | |
|---|---|---|
| 07/27/2004 | 3 | WAIVER OF SERVICE Returned Executed: Carle Foundation Hospital waiver sent on 6/22/2004, answer due 8/23/2004. (Colbert, Valerie) (Entered: 07/27/2004) |
| 07/27/2004 | 4 | WAIVER OF SERVICE Returned Executed: Robert Dodson waiver sent on 6/22/2004, answer due 8/23/2004. (Colbert, Valerie) (Entered: 07/27/2004) |
| 08/12/2004 | 5 | ANSWER to Complaint with JURY DEMAND by Defendants Carle Foundation Hospital, Steven H Packard, Robert Dodson. (Attachments: # 1)(Hadi, Vaseem) (Entered: 08/12/2004) |
| 08/12/2004 | 6 | MOTION to Change Venue *to US District Court*, MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* by Defendants Carle Foundation Hospital, Steven H Packard, Robert Dodson. Responses due by 9/7/2004 (Attachments: # 1)(Hadi, Vaseem) (Entered: 08/12/2004) |
| 08/24/2004 | | Set/Reset Hearings: Pretrial Conference set for Thursday, 10/7/2004 at 8:50 AM by telephone before Walter H Rice. Prior to the pretrial conference counsel must comply with the MANDATORY DISCLOSURE RULES of Fed. R. Civ. P. 26(a)(1) and the MANDATORY, pre-preliminary pretrial conference between counsel, required by Fed. R. Civ. P. 26(f). The Report must be filed prior to the conference. Pretrial procedures and forms can be found at our website at www.ohsd.uscourts.gov. Should more attorneys be actively involved than those listed on the Court's docket, please notify Karla Evans-Clark, at 937-512-1500, immediately, to include the additional attorneys in the Preliminary Pretrial Conference. If you wish a number other than your office number called, please advise 24 hours preceding the conference. (kse1, ) (Entered: 08/24/2004) |
| 09/07/2004 | 7 | First MOTION for Extension of Time to File Response/Reply as to 6 MOTION to Change Venue *to* |

| | | |
|---|---|---|
| | | *US District Court* MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* New date requested 9/14/2004. by Plaintiff Willetta E Taylor. (Colbert, Valerie) (Entered: 09/07/2004) |
| 09/14/2004 | 8 | RESPONSE in Opposition re 6 MOTION to Change Venue *to US District Court* MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* filed by Plaintiff Willetta E Taylor. (Colbert, Valerie) (Entered: 09/14/2004) |
| 09/20/2004 | 9 | REPLY to Response to Motion re 6 MOTION to Change Venue *to US District Court* MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue Reply in Support* filed by Defendants Carle Foundation Hospital, Robert Dodson, Steven H Packard. (Attachments: # 1)(Hadi, Vaseem) (Entered: 09/20/2004) |
| 10/01/2004 | 10 | MOTION to Stay re Set/Reset Hearings,,, by Defendants Carle Foundation Hospital, Steven H Packard, Robert Dodson. (Hadi, Vaseem) (Entered: 10/01/2004) |
| 10/04/2004 | | NOTATION ORDER sustaining Nunc Pro Tunc 9/14/04 7 Motion for Extension of Time to File Response/Reply until 9/14/04 . Signed by Judge Walter H Rice on 10/4/04. (kse1, ) (Entered: 10/04/2004) |
| 03/21/2005 | 11 | DECISION AND ENTRY OVERRULING DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE AND LACK OF PERSONAL JURISDICTION [6-1] AND SUSTAINING ALTERNATIVE MOTION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS [6-2], PURSUANT TO 28 U.S.C. 1406(a); |

|  |  |  |
|---|---|---|
|  |  | TERMINATION ENTRY. Signed by Judge Walter H Rice on 03/21/05. (phil, ) (Entered: 03/21/2005) |
| 03/21/2005 | 12 | CLERK'S JUDGMENT - that the Caption Cause is ORDERED TRANSFERRED to the United States District Court for the Central District of Illinois, pursuant to 28 USC 1406(a) with attached Notice of Disposal (phil, ) (Entered: 03/21/2005) |