**E-FILED**
Monday, 11 April, 2005 08:44:36 AM
Clerk, U.S. District Court, ILCD

```
               IN THE UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF ILLINOIS
                        URBANA DIVISION


WILLETTA E. TAYLOR, Administratrix,)
Individually and on behalf of      )
LLOYD E. TAYLOR, Deceased,         )
                                   )
          Plaintiff,               )
                                   )
     vs.                           )    No. 05 CV-2078
                                   )
CARLE FOUNDATION HOSPITAL, STEVEN  )
H. PACKARD, M.D., ROBERT DODSON,   )
M.D. and JOHN and/or JANE DOES     )
MEDICAL PRACTITIONERS,             )
                                   )
          Defendants.              )
```

## CERTIFICATE OF SERVICE FOR
## INITIAL DISCLOSURE BY DEFENDANTS PURSUANT TO FRCP 26(a)(1)

It is hereby certified that a true copy of the Initial Disclosure by Defendants Pursuant to FRCP 26(a(1) together with a copy of this Certificate, have been sent this date in an envelope securely sealed with sufficient postage affixed thereto and deposited in the United States Post Office at Mattoon, Illinois legibly addressed to the following:

```
          Mr. James R. Greene, III
          James R. Greene, III & Associates
          Liberty Tower
          Suite 900
          120 West Second Street
          Dayton, Ohio 45402
```

   DATED this 11th day of April, 2005.

CARLE FOUNDATION HOSPITAL, STEVEN H. PACKARD, M.D., ROBERT DODSON, M.D. and JOHN and/or JANE DOES MEDICAL PRACTITIONERS, Defendants


By       s/Stephen L. Corn
         Stephen L. Corn #1228253
         Of Craig & Craig
         1807 Broadway Avenue
         PO Box 689
         Mattoon, Illinois 61938
         Telephone: (217)234-6481
         Facsimile: (217)234-6486
         E-Mail: slc@craiglaw.net
         Attorneys for Said Defendants