E-FILED
Tuesday, 12 April, 2005  03:44:12 PM
Clerk, U.S. District Court, ILCD

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF ILLINOIS
                       URBANA DIVISION


WILLETTA E. TAYLOR, Administratrix,)
Individually and on behalf of      )
LLOYD E. TAYLOR, Deceased,         )
                                   )
         Plaintiff,                )
                                   )
         vs.                       )    No. 05 CV-2078
                                   )
CARLE FOUNDATION HOSPITAL, STEVEN  )
H. PACKARD, M.D., ROBERT DODSON,   )
M.D. and JOHN and/or JANE DOES     )
MEDICAL PRACTITIONERS,             )
                                   )
         Defendants.               )
```

**REPORT OF RULE 26(f) PLANNING MEETING**

Plaintiff being represented by Valerie L. Colbert and Defendants being represented by Stephen L. Corn, counsel met on April 12, 2005 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon:

1. The deadline for amendment of pleadings is September 9, 2005.

2. The deadline for joining additional parties is September 9, 2005.

3. Plaintiff shall disclose experts and provide expert reports by October 3, 2005.

4. Defendant shall disclose experts and provide expert reports by December 19, 2005.

5. Discovery shall be modified as follows: None.

6. All discovery, including deposition of experts, is to be completed by January 30, 2006.

7. The deadline for filing case dispositive motions shall be February 27, 2006.

        WILLETTA E. TAYLOR, Plaintiff


        By      s/Valerie L. Colbert
            Valerie L. Colbert #0074075
            Of James R. Greene, III, &
             Associates
            Liberty Tower - Suite 900
            120 West Second Street
            Dayton, Ohio 45402
            Telephone: (937)225-3991
            Fax: (937)285-4719
            E-mail: jrgatlaw@aol.com


CARLE FOUNDATION HOSPITAL, STEVEN H. PACKARD, M.D., ROBERT DODSON, M.D. and JOHN and/or JANE DOES MEDICAL PRACTITIONERS, Defendants


        By      s/Stephen L. Corn
            Stephen L. Corn #1228253
            Attorney for Defendants
            Of Craig & Craig
            1807 Broadway Avenue
            PO Box 689
            Mattoon, Illinois 61938
            Telephone: (217)234-6481
            Fax: (217)234-6486
            E-mail: slc@craiglaw.net

**CERTIFICATE OF SERVICE**

It is hereby certified that a true copy of the Report of Rule 26(f) Planning Meeting have been sent this date in an envelope securely sealed with sufficient postage affixed thereto and deposited in the United States Post Office at Mattoon, Illinois legibly addressed to the following:

>Ms. Valerie Colbert
>Mr. James R. Greene, III
>James R. Greene, III & Associates
>Liberty Tower
>Suite 900
>120 West Second Street
>Dayton, Ohio 45402

DATED this 12th day of April, 2005.

>By_____s/Stephen L. Corn_____
>Stephen L. Corn #1228253
>Of Craig & Craig
>1807 Broadway Avenue
>PO Box 689
>Mattoon, Illinois 61938
>Telephone: (217)234-6481
>Facsimile: (217)234-6486
>E-Mail: slc@craiglaw.net
>Attorneys for Said Defendants