UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| WILLETTA E. TAYLOR, Administratrix, Individually and on behalf of LLOYD E. TAYLOR, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | 05-2078 |
| v. | ) ) | |
| CARLE FOUNDATION HOSPITAL, STEVEN H. PACKARD, M.D., ROBERT DODSON, M.D. and JOHN and/or JANE DOES, Medical Practitioners, | ) ) ) ) ) | |
| Defendants. | ) | |

CASE MANAGEMENT ORDER #1

This case is before the court pursuant to Fed. R. Civ. P. 16. The plaintiff appeared through James R. Greene, Esq., and Valerie L. Colbert, Esq. The defendant appeared through Stephen L. Corn, Esq.

The court adopts the parties' proposed discovery plan, amended and supplemented as follows:

1. Defendants shall disclose experts and provide expert reports by November 3, 2005.

2. All discovery shall be completed by December 15, 2005.

3. Dispositive motions shall be filed no later than January 10, 2006. Responses and replies shall be filed in accordance with the Local Rules of the United States District Court, Central District of Illinois.

4. A final pretrial conference is scheduled for April 4, 2006 at 1:30 p.m. by personal appearance. A joint pretrial order shall be filed in accordance with the Local Rules.

5. Jury selection and jury trial are scheduled to begin on April 17, 2006 at 9:00 a.m. before the court sitting in Urbana, Illinois.

6. A status conference will be held by telephone conference call on September 21, 2005 at 10:00 a.m. The court will initiate the call.

Enter this 24th day of May, 2005.

s/Harold A. Baker
_____
Harold A. Baker
United States District Judge