E-FILED
Friday, 03 June, 2005  10:44:05 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

```
WILLETTA E. TAYLOR, Administratrix,)
Individually and on behalf of      )
LLOYD E. TAYLOR, Deceased,         )
                                   )
          Plaintiff,               )
                                   )
     vs.                           )    No. 05 CV-2078
                                   )
CARLE FOUNDATION HOSPITAL, STEVEN  )
H. PACKARD, M.D., ROBERT DODSON,   )
M.D. and JOHN and/or JANE DOES     )
MEDICAL PRACTITIONERS,             )
                                   )
          Defendants.              )
```

**MOTION TO WITHDRAW AS COUNSEL FOR THE DEFENDANTS OF
NEIL F. FREUND, ESQ. AND VASEEM S. HADI, ESQ.**

Now com Neil F. Freund, Esq. and Vaseem S. Hadi, Esq., as counsel for the Defendants, CARLE FOUNDATION HOSPITAL, STEVE PACKARD, M.D. and ROBERT DODSON, M.D., and hereby move the Court to withdraw as counsel for the Defendants.  Attorney Freund and Attorney Hadi served as local counsel in Ohio while the above-captioned matter was pending before the U. S. District Court, Southern District of Ohio.  Now that this controversy has been transferred to this Court, attorney Stephen L. Corn now serves as lead counsel of record for the Defendants.  Because Attorney Corn has represented the Defendants since this matter was transferred to this Court, Attorney Freund and Attorney Hadi did not move for *pro hac vice* admission.  Consequently, Mr. Freund and Mr. Hadi are not admitted before this Court to represent the Defendants.

Finally, no party will be prejudiced if Mr. Freund and Mr. Hadi withdraw as counsel of record.

>CARLE FOUNDATION HOSPITAL, STEVEN H. PACKARD, M.D., ROBERT DODSON, M.D. and JOHN and/or JANE DOES MEDICAL PRACTITIONERS, Defendants
>
>By      s/Stephen L. Corn
>        Stephen L. Corn #1228253
>        Attorney for Defendants
>        Of Craig & Craig
>        1807 Broadway Avenue
>        PO Box 689
>        Mattoon, Illinois 61938
>        Telephone: (217)234-6481
>        Fax: (217)234-6486
>        E-mail: slc@craiglaw.net
>
>By      s/Neil F. Freund
>        Neil F. Freund #0012183
>        Attorney for Defendants
>        Of Freund, Freeze & Arnold
>        1800 One Dayton Centre
>        One South Main Street
>        Dayton, Ohio 45402-2017
>        Telephone: (937)222-2424
>        Fax: (937)222-5369
>        E-mail: nfreund@ffalaw.com
>
>By      s/Vaseem S. Hadi
>        Vaseem S. Hadi #0075617
>        Attorney for Defendants
>        Of Freund, Freeze & Arnold
>        1800 One Dayton Centre
>        One South Main Street
>        Dayton, Ohio 45402-2017
>        Telephone: (937)222-2424
>        Fax: (937)222-5369
>        E-mail: vhadi@ffalaw.com