**E-FILED**
Friday, 03 June, 2005  02:38:41 PM
Clerk, U.S. District Court, ILCD

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF ILLINOIS
                      URBANA DIVISION


WILLETTA E. TAYLOR, Administratrix,)
Individually and on behalf of      )
LLOYD E. TAYLOR, Deceased,         )
                                   )
         Plaintiff,                )
                                   )
         vs.                       )     No. 05 CV-2078
                                   )
CARLE FOUNDATION HOSPITAL, STEVEN  )
H. PACKARD, M.D., ROBERT DODSON,   )
M.D. and JOHN and/or JANE DOES     )
MEDICAL PRACTITIONERS,             )
                                   )
         Defendants.               )
```

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the Motion to Withdraw as Counsel for the Defendants of Neil F. Freund, Esq. and Vaseem S. Hadi, Esq. together with a copy of this Certificate, have been sent this date in an envelope securely sealed with sufficient postage affixed thereto and deposited in the United States Post Office at Mattoon, Illinois legibly addressed to the following:

>    Mr. James R. Greene, III
>    Ms. Valerie Colbert
>    James R. Greene, III & Associates
>    Liberty Tower
>    Suite 900
>    120 West Second Street
>    Dayton, Ohio 45402

Mr. Neil F. Freund
Mr. Vaseem Hadi
Freund, Freeze & Arnold
One Dayton Centre
Suite 1800
One South Main Street
Dayton, Ohio 45402-2017

DATED this 3rd day of June, 2005.

                CARLE FOUNDATION HOSPITAL, STEVEN H.
PACKARD, M.D., ROBERT DODSON, M.D. and
JOHN and/or JANE DOES MEDICAL
PRACTITIONERS, Defendants


                By      s/Stephen L. Corn
                    Stephen L. Corn #1228253
                    Of Craig & Craig
                    1807 Broadway Avenue
                    PO Box 689
                    Mattoon, Illinois 61938
                    Telephone: (217)234-6481
                    Facsimile: (217)234-6486
                    E-Mail: slc@craiglaw.net
                    Attorneys for Said Defendants