## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| **Willetta E. Taylor,** | : | |
| **Plaintiff,** | : | |
| | : | No.    05 CV-2078 |
| -vs- | : | |
| | : | |
| **Carle Hospital, et al.;** | : | Motion for Extension of Time to |
| | : | File Amended Complaint |
| **Defendants.** | : | |
| | : | |

Now Comes the Plaintiff, by and through counsel James R. Greene, III, and Associates, and hereby respectfully request that this Court grant an extension of time within which the Plaintiff must file the Amended Complaint in the above-captioned case. Said Amended Complaint is due today, June 6, 2005.

Plaintiff's counsel makes this request due to the severe illness and recent death of counsel's grandmother. This is counsel's first request for an extension. Counsel for Defendants has been contacted and does not oppose this motion.

Wherefore, counsel for the Plaintiff request an extension of time of fourteen (14) days up to and including June 20, 2005.

Respectfully Submitted,

 /s/ Valerie L. Colbert
Valerie L. Colbert #0074075
James R. Greene, III & Associates
Liberty Tower, Suite 900
120 West Second Street
Dayton, Ohio 45402
(937) 225-3991
(937) 285-4719 (Fax)
vcbclaw@yahoo.com

## CERTIFICATE OF SERVICE

    I, hereby certify that a copy of the foregoing Motion was sent to Stephen L. Corn, counsel for the Defendants, via the Court's electronic filing system this 6th day of May, 2005.

                                          /s/ Valerie L. Colbert
                                          Valerie L. Colbert #0074075
                                          James R. Greene, III & Associates
                                          Liberty Tower, Suite 900
                                          120 West Second Street
                                          Dayton, Ohio 45402
                                          (937) 225-3991
                                          (937) 285-4719 (Fax)
                                          vcbclaw@yahoo.com