**E-FILED**
Wednesday, 20 July, 2005  08:54:45 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | | |
|---|---|---|
| Willetta E. Taylor, etc. | : | **Case No.**   **05 CV 2078** |
| Plaintiff, | : | |
| -vs- | : | **AFFIDAVIT OF** **WILLETTA E. TAYLOR** |
| Carle Foundation Hospital, et al. | : | |
| Defendants. | : | |

STATE OF OHIO                         )
COUNTY OF MONTGOMERY        ) SS:

I, WILLETTA E. TAYLOR, AFTER BEING DULY CAUTIONED AND SWORN
STATE THE FOLLOWING BASED UPON PERSONAL KNOWLEDGE AND
BELIEF:

1.  I am over eighteen (18) years of age and competent to give this affidavit.  I have personal knowledge of the facts set forth herein, all of which are true to the best of my belief:

2.  I am the mother of the deceased Lloyd E. Taylor.

3.  Lloyd was my only child.

4.  At the time of his death, Lloyd had just completed his third year at American Baptist College in Nashville, Tennessee.

5.  Upon information and belief, on June 22, 2003, while traveling northbound along interstate 57 in Jackson, Illinois to Hammond, Indiana from a reunion he had attended in Memphis, Tennessee, a semi-truck veered off the traveled portion of the highway and struck Lloyd, seriously injuring him.



Attorneys & Counselors at Law

James R. Greene, III & Associates

Liberty Tower
120 West Second Street
Suite 900
Dayton, Ohio 45402

Phone: 937 / 225-3991
Fax: 937 / 285-4719
Email: JRGATLAW@aol.com

6.  Upon information and belief, the impact from the crash resulted in Lloyd being thrown approximately seventy feet into the air, and he then landed in a ditch.

7.  Upon information and belief and because of his critical condition, emergency airlift was dispatched to the scene.

8.  Upon information and belief, Lloyd was airlifted by helicopter to Carle Foundation Hospital ("Carle").

9.  Upon information and belief, Defendants immediately amputated Lloyd's right leg while he was receiving emergency treatment at Carle.

10. Lloyd subsequently died on June 23, 2003 while still a patient at Carle.

11. Upon information and belief, at the time of Lloyd's arrival at Carle, he had in his possession his health insurance card and/or emergency contact information.  See Exhibit 1 attached hereto.

12. Lloyd's health insurance card indicated that he was covered under my insurance through United Health Care, and that I, as Lloyd's mother, was the contact person in case of an emergency.

13. At no time during Lloyd's stay at Carle, was I ever contacted by anyone at Carle notifying me of his condition.

14. I was not contacted by anyone at Carle when Lloyd was transported to the hospital nor was I was contacted prior to Defendants' amputation of Lloyd's right leg, despite their awareness that I was the identified contact person in case of an emergency involving Lloyd.

15. Instead, Defendants identified Chrashona Goodwin, Lloyd's friend and travel companion on the day of the incident, as the primary contact under the emergency contact section of the document attached as Exhibit 2.

16. Defendants had no legitimate basis for believing Ms. Goodwin to be the primary contact person for Lloyd.

17. Even after Lloyd's body was returned to Dayton, Ohio, his hometown, for his funeral, Carle did not return Lloyd's amputated leg, which further added to my grief and emotional distress over the loss of my only child.

18. To this day, I have never been provided with any explanation as to why Lloyd's amputated leg was not returned to Dayton, Ohio along with the rest of his body.

19. To add insult to injury, Ms. Goodwin later received a letter of condolence from Carle.  See Exhibit 3 attached hereto.



Attorneys & Counselors at Law

James R. Greene, III & Associates

Liberty Tower
120 West Second Street
Suite 900
Dayton, Ohio 45402

Phone: 937 / 225-3991
Fax: 937 / 285-4719
Email: JRGATLAW@aol.com

2

20.    I am competent and willing to testify as a witness regarding the statements made in my affidavit.

Further Affiant Sayeth Naught.


_Willetta E. Taylor_
Willetta E. Taylor


Sworn to before me and subscribed in my presence this _19th_ day of July, 2005.


_Carol A. Blevins_
Notary Public

CAROL A. BLEVINS, Notary Public
In and for the State of Ohio
My Commission Expires May 22, 2006



Attorneys & Counselors at Law

James R. Greene, III & Associates

Liberty Tower
120 West Second Street
Suite 900
Dayton, Ohio 45402

Phone: 937 / 225-3991
Fax: 937 / 285-4719
Email: JRGATLAW@aol.com