E-FILED
Wednesday, 20 July, 2005, 08:55:06 PM
Clerk, U.S. District Court, ILCD

UnitedHealthcare
myuhc.com
Choice Plus

| MEMBER NUMBER: | 03876-572882947 | |
|---|---|---|
| TAYLOR, WILLETTA E | | 00 |
| TAYLOR, LLOYD E | | 02 |

**Copayments**

| OV | ER | UC |
|---|---|---|
| $5.00 | $25.00 | $5.00 |

UnitedHealthcare of Ohio, Inc.

For Customer Service Call
1-800-231-2918

This card is for identification purposes only and does not guarantee coverage. See your certificate of coverage for benefit detail and prior notification requirements. Mental Health / Substance Abuse call 1-800-860-1123 (24 hours).
Care24 (24hr nurses/counselors) call 1-877-365-7950.
Offered by: UnitedHealthcare of Ohio, Inc. and UnitedHealthcare Insurance Company of Ohio. Prior notification: call 1-800-635-6882.
Claims to:    P.O. Box 659742
              San Antonio, TX  78265-9742