```
CARLE FOUNDATION HOSPITAL - URBANA, IL         ** ADMISSION/REGISTRATION FORM **

ADM/REG DT/TM: 06/22/03  22:55      ROOM/BED: 200201    MED REC NO: 1489669
EXP ARR DT/TM: EXPIRED              NURS STA: PAR       PATIENT NO:    70525531
DISCHRG DT/TM: 06/23/03  00:26      HOSP SVC: TRA       STATUS: ID   FC: C
BED RL DT/TM:                       PT TYPE:  S
*************************************************************************************
                         PATIENT INFORMATION                           VB
PT NAME:       TAYLOR ,LLOYD
ADDRESS:       1800 BAPTIST WORLD CENTER DR

               NASHVILLE                             TN     37209-
SSN:           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     MAR STS: S            PHONE: 615 - 226-0494
BIRTHDATE:     08/13/1981      AGE:     21           SEX:   M   RACE: 2

PT EMPLOYER:   MAN OF FASHION
ADDRESS:


OCCUPATION:                                          PHONE: 615 - 731-6344  EXT
*************************************************************************************
                         GUARANTOR INFORMATION
GUAR NAME:     TAYLOR ,LLOYD
ADDRESS:       1800 BAPTIST WORLD CENTER DR

               NASHVILLE                             TN     37209-
PT RELATION:   1                                     PHONE: 615 - 226-0494

GUAR EMPLOYER: MAN OF FASHION
ADDRESS:



                                                     PHONE: 615 - 731-6344  EXT
*************************************************************************************
                         INSURANCE INFORMATION
INS CODE:      L00     DESC: MOTOR VEH ACC INS    COB: 1   PH#:
SUBSCRIBER:    TAYLOR ESTATE ,LLOYD       POL#: 6/22/03          GRP#:
               BJS 6-23-03
INS CODE:      N14     DESC: UNITED HLTHCARE/MISC COB: 2   PH#: 800-231-2918
SUBSCRIBER:    TAYLOR ,WILETTA            POL#: 57288294702      GRP#: 03876
               RECOR BJS 6-23-03
     CODE:             DESC:                      COB:     PH#:
                                          POL#:                  GRP#:

*************************************************************************************
                         EMERGENCY CONTACT

PRIMARY CNTCT: GOODWIN ,CHRASHONA
RELATION:      4
ADDRESS:       141 NEESE DR APT D30
               NASHVILLE                             TN     37211-
HOME PHONE:    615 - 831-3354            WORK PHONE:    -               EXT

SECOND CNTCT:
RELATION:
ADDRESS:


HOME PHONE:         -                    WORK PHONE:    -               EXT
*************************************************************************************
A DX/CC:       LEVEL 1 MVA
ARRIVAL MODE:  O  AIR VAC                            PREV ER:
A/REG DR:      09067   DODSON, ROBERT                ADM SOURCE: EO
ATEND DR:      09067   DODSON, ROBERT                ACC IND:    1    JOB REL INJ: N
REFER DR:                                            RESP PARTY:
   DR:         44444   NO PCP/REFERRAL IDEN          PCP/REF VERIFY: N
```