**Carle**
Th Carle Foundation
611 West Park Street, Urbana, IL 61801-2595

June 26, 2003

Ms. Chrashena Goodwin
141 Neese Drive #D30
Nashville, TN 37211

Dear Ms. Goodwin:

    We at Carle wish to express our deepest sympathy on the loss of your loved one, Lloyd Taylor. It is our sincere hope that the caring of your family and friends will make your sorrow easier to bear and that you find some comfort in knowing that our thoughts are also with you at this time.

Sincerely,

*[signature]*

James C. Leonard, M.D.
President and CEO
Carle Foundation

1 of 7