E-FILED
Thursday, 21 July, 2005  02:42:56 PM
Clerk, U.S. District Court, ILCD

```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF ILLINOIS
                     URBANA DIVISION


WILLETTA E. TAYLOR, Administratrix,)
Individually and on behalf of      )
LLOYD E. TAYLOR, Deceased,         )
                                   )
          Plaintiff,               )
                                   )
          vs.                      )   No. 05 CV-2078
                                   )
CARLE FOUNDATION HOSPITAL, STEVEN  )
H. PACKARD, M.D., ROBERT DODSON,   )
M.D. and JOHN and/or JANE DOES     )
MEDICAL PRACTITIONERS,             )
                                   )
          Defendants.              )
```

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of July, 2005, I electronically filed this Certificate of Service of Interrogatories Directed to Plaintiff and Request for Production of Documents Directed to Plaintiff with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following as well as mailed via United States Post Office a copy of the Certificate of Service along with the original and one copy of the Interrogatories and Requests to Produce to:  Mr. James R. Greene, III, James R. Greene, III & Associates, 120 West Second Street, Suite 900, Dayton, Ohio 45402-1604 and as suggested by the Court Rules, the original of said documents were not filed with the Clerk of the Court; however a Certificate is hereby filed with the Clerk disclosing

that copies were served upon the counsel of record as stated herein.

                CARLE FOUNDATION HOSPITAL, STEVEN H. PACKARD, M.D., ROBERT DODSON, M.D. and JOHN and/or JANE DOES MEDICAL PRACTITIONERS, Defendants

                By    s/Stephen L. Corn
                      Stephen L. Corn #1228253
                      Of Craig & Craig
                      1807 Broadway Avenue
                      PO Box 689
                      Mattoon, Illinois 61938
                      Telephone: (217)234-6481
                      Facsimile: (217)234-6486
                      E-Mail: slc@craiglaw.net
                      Attorneys for Said Defendants