**E-FILED**
Monday, 31 October, 2005  09:02:23 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

WILLETTA E. TAYLOR, Administratrix,)
Individually and on behalf of       )
LLOYD E. TAYLOR, Deceased,          )
                                    )
          Plaintiff,                )
                                    )
     vs.                            )     No. 05 CV-2078
                                    )
CARLE FOUNDATION HOSPITAL, STEVEN   )
H. PACKARD, M.D., ROBERT DODSON,    )
M.D. and JOHN and/or JANE DOES      )
MEDICAL PRACTITIONERS,              )
                                    )
          Defendants.               )

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2005, I electronically filed this Certificate of Service of Compliance by Defendants, Steven H. Packard, M.D. and Robert Dodson, M.D. With Discovery Order Disclosing Witnesses Pursuant to FRCP Rule 26(a)(2) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following as well as mailed via United States Post Office a copy of the Certificate of Service along with the original and one copy of the Compliance by Defendants, Steven H. Packard, M.D. and Robert Dodson, M.D. With Discovery Order Disclosing Witnesses Pursuant to FRCP Rule 26(a)(2) to:  Ms. Valerie Colbert of James R. Greene, III & Associates, 120 West Second Street, Suite 900, Dayton, Ohio 45402-1604 and as suggested by the Court Rules, the