E-FILED
Monday, 31 October, 2005  09:23:21 AM
Clerk, U.S. District Court, ILCD

```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE CENTRAL DISTRICT OF ILLINOIS
                      URBANA DIVISION


WILLETTA E. TAYLOR, Administratrix,)
Individually and on behalf of      )
LLOYD E. TAYLOR, Deceased,         )
                                   )
          Plaintiff,               )
                                   )
     vs.                           )    No. 05 CV-2078
                                   )
CARLE FOUNDATION HOSPITAL, STEVEN  )
H. PACKARD, M.D., ROBERT DODSON,   )
M.D. and JOHN and/or JANE DOES     )
MEDICAL PRACTITIONERS,             )
                                   )
          Defendants.              )
```

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of October, 2005, I electronically filed this Certificate of Service of Compliance by Defendants, Steven H. Packard, M.D. and Robert Dodson, M.D. With Discovery Order Disclosing Witnesses Pursuant to FRCP Rule 26(a)(2) with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following as well as mailed via United States Post Office a copy of the Certificate of Service along with the original and one copy of the Compliance by Defendants, Steven H. Packard, M.D. and Robert Dodson, M.D. With Discovery Order Disclosing Witnesses Pursuant to FRCP Rule 26(a)(2) to:  Ms. Valerie Colbert of James R. Greene, III & Associates, 120 West Second Street, Suite 900, Dayton, Ohio 45402-1604 and as suggested by the Court Rules, the

original of said documents were not filed with the Clerk of the Court; however a Certificate is hereby filed with the Clerk disclosing that copies were served upon the counsel of record as stated herein.

                CARLE FOUNDATION HOSPITAL, STEVEN H.
PACKARD, M.D., ROBERT DODSON, M.D. and
JOHN and/or JANE DOES MEDICAL
PRACTITIONERS, Defendants


By       s/Stephen L. Corn
        Stephen L. Corn #1228253
        Of Craig & Craig
        1807 Broadway Avenue
        PO Box 689
        Mattoon, Illinois 61938
        Telephone: (217)234-6481
        Facsimile: (217)234-6486
        E-Mail: slc@craiglaw.net
        Attorneys for Said Defendants