E-FILED
Monday, 14 November, 2005  02:26:27 PM
Clerk, U.S. District Court, ILCD

**CRAIG  &  CRAIG**
ATTORNEYS AT LAW

RICHARD F. RECORD, JR.
STEPHEN L. CORN
ROBERT G. GRIERSON
GREGORY C. RAY
PAUL R. LYNCH
KENNETH F. WERTS
JOHN L. BARGER
JULIE A. WEBB
JOHN F. WATSON
R. SEAN HOCKING

SARAH D. MOSKOWITZ
SARAH B. HOLSAPPLE-MILLER
J. PATRICK LEE

1807 BROADWAY AVE.
P.O. Box 689
MATTOON, ILLINOIS 61938-0689
TELEPHONE (217) 234-6481
FACSIMILE (217) 234-6486
mattoon@craiglaw.net

115 NORTH 7TH ST.
P.O. Box 1545
MT. VERNON, ILLINOIS 62864-1545
TELEPHONE (618) 244-7511
FACSIMILE (618) 244-7628
mtvernon@craiglaw.net

JOHN P. EWART
OF COUNSEL
———
CRAIG VAN METER
(1895-1981)
FRED H. KELLY
(1894-1971)
ROBERT M. WERDEN
(1908-1969)
GEORGE N. GILKERSON
(1911-1985)

PLEASE REPLY TO:

PO BOX 689
MATTOON, IL
61938-0689

November 11, 2005

Honorable Harold Baker
US District Courthouse
Central District
201 South Vine Street
Urbana, Illinois 61801

In re: Taylor v. Carle
       At Law No.  05-2078

Dear Judge Baker:

    An agreement for settlement has been reached between Carle Clinic and Ms. Taylor which will result in a dismissal as to all Defendants.  I wanted to advise you promptly as I know that you have under consideration the Motion to Dismiss.  With the settlement that Motion becomes moot.

    Because there is an Estate involved, it may be sometime before we can process the Stipulation and Order of Dismissal as there will be a need for probate approval before the closing documents can be presented.

    I did want to advise you promptly of the settlement agreement so you would not have to be concerned with ruling on the Motion.

Page 2

        Thank you.

                    Sincerely yours,

                    CRAIG & CRAIG

        By_____
                    Stephen L. Corn

SLC:pr
cc:  Mr. James Greene, III
     Ms. Valerie Colbert