E-FILED
Monday, 05 December, 2005  04:09:10 PM
Clerk, U.S. District Court, ILCD



**James R. Greene, III & Associates**

Phone: 937 / 225-3991
Fax: 937 / 285-4719
Email: JRGATLAW@aol.com

Attorneys & Counselors at Law

Liberty Tower
120 West Second Street
Suite 900
Dayton, Ohio 45402

December 1, 2005

Honorable Judge Harold Baker
U.S. District Courthouse
Central District
201 South Vine Street
Urbana, Illinois 61801

    Re:    **Willetta E. Taylor, etc. v. Carle Foundation Hospital, et al.**
           Case No.    05-2078

Dear Honorable Judge Baker:

I write this letter to inform you of recent events regarding our efforts to dismiss the above-referenced case. As the Court is aware, based on the November 11, 2005 letter sent to the Court by defense counsel, the parties had reached a settlement that would have resulted in a dismissal of the case against Defendants.

Prior to the settlement reached between the parties, Plaintiff Willetta Taylor indicated to undersigned counsel that she wanted this case resolved, and was willing to accept $5,000.00 from Defendants if that amount would cover our legal fees. We were able to settle the case for almost double that amount. However, once a settlement was reached, Ms. Taylor has been unwilling to follow through with the agreement. Now, our client is not responding to our telephone calls.

I am writing to make the Court aware of this situation and to seek the Court's guidance on how best to proceed under these circumstances.

I believe it would be prudent for all parties to have a status conference with the Court on a date to be determined by the Court.

Thank you for your attention to this matter. I look forward to hearing from you.

Sincerely,

*[signature]* /ssl

James R. Greene, III

JRG/ssl