E-FILED
Tuesday, 06 December, 2005 04:44:30 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLETTA E. TAYLOR, Administratrix, individually and on behalf of Lloyd E. Taylor, deceased,<br><br>Plaintiff,<br>v.<br><br>CARLE FOUNDATION HOSPITAL, STEVEN H, PACKARD and ROBERT DODSON,<br><br>Defendants. | 05-2078 |

## ORDER

On November 14, 2005, the defendants notified the court that this case had settled. The defendants stated that the settlement had rendered moot their motion to dismiss. The court construed the letter as a motion to withdraw the motion to dismiss. The motion to withdraw the motion to dismiss was granted.

The defendants also advised the court that because the probate court would have to approve the settlement, it could take some time to finalize the settlement documents. The defendants asked for additional time to submit a stipulation of dismissal. The court entered an order directing the parties to file a stipulation of dismissal within ten days after the settlement was finalized, and scheduled a status conference for February 15, 2006 at 2:30 p.m. by telephone conference call.

On December 5, 2005, counsel for the plaintiff filed a letter advising the court that despite an agreement to settle her claims, the plaintiff had become unwilling to follow that agreement and is not responding to her counsel's phone calls.

A status conference will be held on Thursday, December 15, 2005 at 11:00 a.m. (Central Time) by telephone conference call. The court will initiate the call. The court requires the personal participation of the plaintiff; she is ordered to appear in person at her attorney's office at that time and date. Failure of the plaintiff to appear at her attorney's office and participate in the telephone conference as ordered may result in appropriate sanctions, including dismissal of the plaintiff's case and/or the imposition of monetary sanctions against her.

Entered this 6th day of December, 2005.

s\Harold A. Baker
_____
HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE