E-FILED
Thursday, 12 January, 2006 09:46:59 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

WILLETTA E. TAYLOR, Administratrix, )
Individually and on behalf of )
LLOYD E. TAYLOR, Deceased, )
)
    Plaintiff, )
)
    vs. )   No. 05 CV-2078
)
CARLE FOUNDATION HOSPITAL, STEVEN )
H. PACKARD, M.D., ROBERT DODSON, )
M.D. and JOHN and/or JANE DOES )
MEDICAL PRACTITIONERS, )
)
    Defendants. )

**STIPULATION ON DISMISSAL**

It is hereby stipulated and agreed by and between WILLETTA E. TAYLOR, Administratrix, Individually and on behalf of LLOYD E. TAYLOR, Deceased and CARLE FOUNDATION HOSPITAL, through their respective counsel, approval of settlement having first been obtained by WILLETTA E. TAYLOR In the Matter Of the Estate of LLOYD EUGENE TAYLOR filed in the Probate Court of Montgomery County, Ohio under cause No. 2003-EST-344377, that settlement has been reached between the Plaintiff and CARLE FOUNDATION HOSPITAL, with the agreement the Complaint in its entirety should be dismissed with prejudice, each party to pay her or its own costs.

WILLETTA E. TAYLOR, Administratrix,
Individually and on behalf of LLOYD E.
TAYLOR, Deceased

By _____
James R. Greene, III #0034267
Of James R. Greene, III &
Associates
120 West Second Street
Suite 900
Dayton, Ohio 45402-1604
Telephone: (937)225-3991
Fax: (937)285-4719
E-Mail: jrgatlaw@aol.com

CARLE FOUNDATION HOSPITAL, Defendant

By _____
Stephen L. Corn #1228253
Attorney for Defendants
Of Craig & Craig
1807 Broadway Avenue
PO Box 689
Mattoon, Illinois 61938
Telephone: (217)234-6481
Fax: (217)234-6486
E-mail: slc@craiglaw.net